| DIST/OFFICE | DOCKET YR. | DOCKET NUMBER | FILING DATE MO. | DAY | YEAR | J | N/S | O R | R 23 | DEMAND $ | DEMAND OTHER | JUDGE NUMBER | JURY DEM. | YR. | DOCKET NUMB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 869/4 | 76 | 4052 | 06 | 14 | 76 | 3 | 370 | 1 | | | | | P | 76 | 4052 |

### PLAINTIFFS

HULDERSON, Donald L. and
HULDERSON, Carol A.

### DEFENDANTS

SWIDEN Appliance and
Furniture, Inc., a corporation

### CAUSE

15 U.S.C.A. 1640 (e). Recovery of damages resulting from failure to make required disclosures pursuant to Truth-In-Lending Act, a/k/a Consumer Credit Protection Act, Subchapter I, 15 U.S.C.A Section 1601 et seq.

### ATTORNEYS

Derald W. Wiehl, Esq. and
May, Johnson & Burke
412 West Ninth Street
Sioux Falls, South Dakota 57104
(605) 336-2565

Acie W. Matthews
801 National Bank of S. D. Bl
Sioux Falls, S. D. 57102

### FILING FEES PAID

| CHECK HERE IF CASE WAS FILED IN FORMA | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|

### STATISTICAL CARD

| CARD | DATE MAI |
|---|---|
| JS-5 | |
| JS-6 | |

| DATE 1976 | NR. | PROCEEDINGS |
|---|---|---|
| une 14 | 1 | Filing Civil Cover Sheet |
| une 14 | 2 | Filing Complaint with demand for Jury Trial |
| une 14 |  | Issuing Summons. Fur. copy for service and delivering Summons & copy personally to U. S. Marshal |
| une 16 | 3 | Summons for Swiden Appliance and Furniture, Inc., a corporation, returned and filed |
| uly 28 | 4 | Filing Stipulation that Complaint be dismissed |
| uly 28 | 5 | Filing Order that Complaint be dismissed |
| uly 28 |  | Notice of Entry andccopies of Order dismissing Complaint mailed Derald W. Wiehl and Acie W. Matthews |